**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CYNTHIA A. DELGADO,** | : | |
| **Petitioner** | : | **No. 1:24-cv-00518** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **SUPERINTENDENT WENDY** | : | |
| **NICHOLAS, et al.,** | : | |
| **Respondents** | : | |

**ORDER**

**AND NOW**, on this 6th day of August 2026, upon consideration of pro se Petitioner Cynthia A. Delgado ("Delgado")'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) and Respondents' response in opposition to Delgado's Section 2254 petition and separately filed exhibits from the state court record (Doc. Nos. 17, 18), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Delgado's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED** to the extent that the Court addressed her claims on the merits or determined that they are moot and **DISMISSED** to the extent that the Court determined that her claims were unexhausted and procedurally defaulted;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania